UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>                Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY POLICE DEPARTMENT, ET AL.,<br><br>                Defendants. | 19-CV-4760 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 14, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 14, 2019
       New York, New York

                                            _Louis L. Stanton_
                                              Louis L. Stanton
                                                  U.S.D.J.